| | | | |
|---|---|---|---|
| Com. v. Brendle | 2074 MDA 2015<br>Affirmed | 10/07/2016 | CP–06–CR–0002242–<br>1997<br>(Berks) |
| A.–M.W. v. D.R.B. [9] | 535 MDA 2016<br>Affirmed | 10/07/2016 | 15–0430<br>(Union) |
| Com. v. Rice | 2026 WDA 2015<br>Affirmed | 10/07/2016 | CP–02–CR–0001851–<br>2011<br>(Allegheny) |
| Com. v. Townsend | 182 WDA 2016<br>Affirmed | 10/07/2016 | CP–02–CR–0012960–<br>2003<br>(Allegheny) |
| Com. v. Espenlaub | 304 WDA 2016<br>Affirmed | 10/07/2016 | CP–07–CR–0002429–<br>2014<br>(Blair) |
| Com. v. Silvis | 525 WDA 2016<br>Affirmed | 10/07/2016 | CP–03–CR–0000007–<br>1970<br>(Armstrong) |
| In the Interest of A.B.; Appeal of G.B. | 567 WDA 2016<br>Affirmed | 10/07/2016 | No. DP–13 for the year<br>2016<br>(Bedford) |
| In the Interest of B.B.; Appeal of G.B. | 570 WDA 2016<br>Affirmed | 10/07/2016 | DP–12 for the year<br>2016<br>(Bedford) |
| In the Interest of E.V.; Appeal of G.B. | 571 WDA 2016<br>Affirmed | 10/07/2016 | DP–11 for the year<br>2016<br>(Bedford) |
| In the Interest of A.B.; Appeal of G.B. | 572 WDA 2016<br>Affirmed | 10/07/2016 | No. DP–7–for the year<br>2016<br>(Bedford) |
| Com. v. Jasek | 574 WDA 2016<br>Affirmed | 10/07/2016 | CP–02–CR–0011604–<br>2010<br>(Allegheny) |
| In re Adoption of C.J.; Appeal of S.B. | 584 WDA 2016<br>Affirmed | 10/07/2016 | CP–02–AP–0000126–<br>2015<br>(Allegheny) |
| In the Interest of M.B.; Appeal of S.S.B. | 598 WDA 2016<br>Affirmed | 10/07/2016 | CP–02–AP–0000125–<br>2015<br>(Allegheny) |
| In the Interest of A.B.; Appeal of R.B. | 634 WDA 2016<br>Affirmed | 10/07/2016 | DP–13 for the year<br>2016<br>(Bedford) |
| In the Interest of B.B.; Appeal of R.B. | 635 WDA 2016<br>Affirmed | 10/07/2016 | DP–12 for the year<br>2016<br>(Bedford) |
| In the Interest of E.B.; Appeal of R.B. | 636 WDA 2016<br>Affirmed | 10/07/2016 | DP–11 for the year<br>2016<br>(Bedford) |
| In the Interest of A.B.; Appeal of R.B. | 637 WDA 2016<br>Affirmed | 10/07/2016 | No. DP–7 for the year<br>2016<br>(Bedford) |

9. Petition for reargument denied November 21, 2016.